UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 2:11-cr-120-FtM-29CM

GUSTAVO ADOLFO LEON

### ORDER

Before the Court is Defendant's Motion to Seal (Doc. 363), filed on March 25, 2016. Defendant requests that his records be sealed. Doc. 363 at 1. Defendant states that he was advised by his attorney that his records would not be public. *Id.* Thus, he asks that his file be sealed. *Id.*

"The right of the public to access judicial records is grounded in the common-law right of access," which applies in both civil and criminal proceedings. *Perez-Guerrero v. U.S. Atty. Gen.*, 717 F.3d 1224, 1235 (11th Cir. 2013). "There is a strong presumption of openness in criminal proceedings." *United States v. Duke*, 2013 WL 357515, at *1 (N.D. Fla. 2013) (citing *United States v. Doe*, 63 F.3d 121, 125-27 (2d Cir. 1995)). While courts have discretion in determining whether good cause exists to overcome open access filed documents, the court must consider whether sealing the proceedings is "essential to preserve higher values." *Id.* (citing *Doe*, 63 F.3d at 127; *Geller v. Branic Intern Realty Corp.*, 212 F.3d 735, 738 (2d Cir. 2000)). Here, Defendant has provided no grounds to support his motion to seal. Thus, the Court cannot determine whether good cause exists to seal his records.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Motion to Seal (Doc. 363) is **DENIED.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of April, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of Record